DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
GRANT ZEHNDER/CAITLIN HOWARD
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
TIMOTHY DODSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S-10-0018 GGH |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO VACATE |
| v. | ) | COURT TRIAL DATE AND SET BRIEFING |
| | ) | SCHEDULE |
| TIMOTHY DODSON, | ) | |
| | ) | |
| Defendant. | ) | Date:  May 24, 2010 |
| | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. Gregory G. Hollows |

   The United States of America, through MATTHEW STEGMAN, Assistant United States Attorney, together with defendant, TIMOTHY DODSON, by and through counsel LAUREN CUSICK, Office of the Federal Defender, stipulate to vacate the court trial set for March 24, 2010, at 9:00 a.m., and set this case for hearing defendant's motion to suppress on May 24, 2010 at 9:00 a.m.

The parties stipulate to the following briefing schedule and hearing date:

    Defendant's Motion due . . . . . . . . . . . . . . April 5, 2010

    Government's Opposition due . . . . . . . . . . April 19, 2010

    Defendant's Reply due . . . . . . . . . . . . . April 26, 2010

    Motion Hearing . . . . . . . . . . . May 24, 2010 at 9:00 a.m.

Dated: March  18 , 2010

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Lauren Cusick
                              LAUREN CUSICK
                              Assistant Federal Defender
                              Attorney for Defendant
                              TIMOTHY DODSON

Dated: March  18 , 2010         BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Matthew Stegman
                              MATTHEW STEGMAN
                              Assistant United States Attorney

**ORDER**

The court trial date of March 24, 2010 at 9:00 a.m. is vacated and a hearing on defendant's motion to suppress is set for May 24, 2010 at 9:00 a.m.

IT IS SO ORDERED.

Dated: March 22, 2010      /s/ Gregory G. Hollows

                              GREGORY G. HOLLOWS
                              United States Magistrate Judge

dodson.ord