IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

      vs.

TIMOTHY DODSON,

      Defendant.
_____/

No. MAG S-10-0018 GGH

ORDER

      The undersigned has reviewed the papers associated with defendant's motion to dismiss. An evidentiary hearing seems mandatory. Therefore, on the date set for the motion hearing, May 24, 2010, at 9:00 a.m., the government and defendant shall have appropriate witnesses available for testimony.

DATED: 04/29/10                        /s/ Gregory G. Hollows

                                             UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
dodson.hg

1